### CORNICK v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. April 15, 1921.)

No. 2842.

Criminal law ☞1159(6)—Conviction, based largely on circumstantial evidence, not disturbed.

    A conviction will not be disturbed on appeal, where there was evidence to support every material allegation against the defendant, although most of the evidence was circumstantial.

In Error to the District Court of the United States for the Eastern District of Illinois.

Max Cornick was convicted of having felonious possession of property stolen from an interstate shipment, and brings error. Affirmed.

June C. Smith and F. F. Noleman, both of Centralia, Ill., for plaintiff in error.

A. B. Dennis, of Danville, Ill., for the United States.

Before BAKER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. Cornick was convicted of having felonious possession of property stolen from an interstate shipment.

A study of the transcript of the evidence satisfies us that every material allegation was supported by evidence. Most of the evidence was circumstantial. Concerning the jury's right to act on circumstantial evidence, and the respective functions of the jury, of the trial judge, and of the reviewing judges, we have stated our views in Applebaum v. United States (C. C. A.) 274 Fed. 43, herewith decided.

The judgment is affirmed.